CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JAN 16 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# United States District Court
## For the Western District of Virginia
### Harrisonburg Division

JOHN WHITE, )
)
*Plaintiff,* )
v. )
)
FEDERAL EMERGENCY )
MANAGEMENT AGENCY (FEMA), )
)
*Defendant* )

Civil No. 5:13 cv00100

**REPORT AND
RECOMMENDATION**

By: James G. Welsh
U. S. Magistrate Judge

Pursuant to 28 U.S.C. § 636(b)(1)(B) this matter was referred to the undersigned by order entered January 3, 2014 (docket #6).  Appearing *pro se*, the plaintiff has moved the court for entry of an order of dismissal without prejudice in order to permit him to "pursue his claims with FEMA in [his] ongoing administrative EEO complaint" (docket #10), and nothing in the record suggest that there be any assessment of costs or the imposition of any terms.  For good cause shown,it is, therefore, **RECOMMENDED**that the plaintiff's motion be **GRANTED** and an order of **DISMISSAL**without prejudice be entered in accordance Rule 41(a)(2), Fed. R. Civ.P., with each party to bear his or its own costs, including attorney fees.

**Directions to Clerk :**The clerk is directed to transmit the record in this case immediately to the presiding district judge and to transmit a copy of this Report and Recommendation to all counsel of record

**Notice to the Parties:**  Both sides are reminded that, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, they are entitled to note objections, if any they may have, to this Report and Recommendation within fourteen (14) days hereof. Any adjudication of fact or

conclusion of law rendered herein by the undersigned to which an objection is not specifically made within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(1) as to factual recitals or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objections.

**DATED:** This 15[th]day of January 2014.

/s/James G. Welsh
United States Magistrate Judge