IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN WHITE, | ) |
| Plaintiff, | ) Civil Action No. 5:13cv00100 |
| v. | ) |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) By: Michael F. Urbanski |
| | )     United States District Judge |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on January 15, 2014, stating that plaintiff has moved the court for entry of an order of dismissal without prejudice, and recommending that plaintiff's motion be granted and this case be dismissed without prejudice pursuant to Rule 41(a)(2), Fed. R. Civ. P. No objections to the report and recommendation have been filed and the court is of the opinion that the report should be adopted.

It is accordingly **ORDERED** and **ADJUDGED** that the report and recommendation is **ADOPTED in its entirety,** this matter is **DISMISSED without prejudice**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered: February 7, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge